# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 3, 2015

## NO. 03-14-00663-CV

**John R. Guerra, Appellant**

**v.**

**Tammy Miller Guerra, Appellee**

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on September 19, 2014. John R. Guerra has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.